```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

CHICAGO REGIONAL COUNCIL OF     )
CARPENTERS PENSION FUND, et al.,)
                                )
          Plaintiffs,           )
                                )
     v.                         )    No. 13 C 1655
                                )
ATHLETIC SURFACES EQUIPMENT,    )
et al.,                         )
                                )
          Defendants.           )

## MEMORANDUM ORDER

Stalker Flooring, Inc. ("Stalker") has filed its Answer to the Complaint brought against it and Athletic Surfaces Equipment ("Athletic") by three employee benefit funds that assert ERISA-based claims. That responsive pleading denies the Complaint's various allegations that would impose ERISA liability on Stalker on a derivative basis from its codefendant Athletic, but the Answer is then followed by this purported affirmative defense:

> The Complaint fails to state a claim upon which relief can be granted.

That assertion is essentially equivalent to a Fed. R. Civ. P. 12(b)(6) motion, and as such it violates the basic principle that any such contention must accept a complaint's allegations as gospel. On that premise the affirmative defense is no better than frivolous, and it is therefore stricken.

                                      */s/ Milton I. Shadur*
                                      _____
                                      Milton I. Shadur
Date: July 15, 2013      Senior United States District Judge